In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-10-00111-CV

                                                ______________________________

 

 

 

                                                    IN
RE:  ANDREW JACKSON

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                        Memorandum
Opinion by Chief Justice Morriss

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Inmate Andrew Jackson filed a civil
suit against Gayle Hadaway in the 115th Judicial District Court of Upshur
County, Texas.  His petition for writ of
mandamus complains that the trial court allegedly failed to rule on a motion
for default judgment.  Jackson asks this
Court to compel the trial court to rule on the motion and award damages.   

            Mandamus is an extraordinary remedy
that issues only to correct a clear abuse of discretion or violation of a duty
imposed by law when no other adequate remedy by law is available.  In re Ford
Motor Co., 988 S.W.2d 714, 721 (Tex. 1998) (orig. proceeding ) (citing Walker v. Packer, 827 S.W.2d 833, 840 (Tex.
1992)).  Due to the nature of this
remedy, it is Jackson’s burden to properly request and show entitlement to the
mandamus relief.  Barnes v. State, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.]
1992, orig. proceeding) (per curiam) (“Even a pro se applicant for a writ of
mandamus must show himself entitled to the extraordinary relief he seeks.”). 

            The absence of a mandamus record
prevents us from evaluating the circumstances of this case and, consequently,
the merits of Jackson’s complaints.  Tex. R. App. P. 52.7; Barnes, 832 S.W.2d at 426.  Therefore, we must deny his petition for writ
of mandamus.  

 

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date
Submitted:          October 21, 2010

Date
Decided:             October 22, 2010